IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD 0408-07






DANIEL LAYTON, Appellant
 


v.



THE STATE OF TEXAS







ON DISCRETIONARY REVIEW OF CASE 01-05-00950-CR


OF THE FIRST COURT OF APPEALS,


HARRIS COUNTY






 Womack, J., filed a dissenting opinion.



 I would hold that the appellant's statements that he had taken Valium and that it was
probably not a good idea to have been drinking "on top" of it were admissible. They were not
scientific evidence, and the Rule 702 gatekeeping requirements should not exclude them.

 I would affirm the judgment of the Court of Appeals.

En Banc.

Delivered: February 4, 2009.

Publish.